# UNITED STATES DISTRICT COURT
### Western District of Texas-Del Rio Division
111 East Broadway, Room L-100
Del Rio, Texas 78840

WILLIAM G. PUTNICKI
Clerk of Court


FILED

March 28, 2013

U. S. Court of Appeals - Fifth Circuit
600 S. Maestri Place
New Orleans, LA  70130

**RE: DR-12-CR-014 (01) TS; USA vs Denis Ramon Turcios-Murillo**
**USCA #: 12-50996**

In connection with this appeal, the following documents are being transmitted to you for the preparation of your appellate brief.  Please acknowledge receipt on the enclosed copy of this letter and return it to this office.

__X__    Record on appeal consisting of:___Volume Original Record(s) of the record;___ Volume(s) of the transcript; __1__ **Container(s) of pre-sentence report**, ___ Volume(s) of exhibits, ___Volume(s) Sealed Material

___  ____ Volume Supplemental record, including updated docket entries;

When you have completed your use of this appellate record, please follow any instructions provided by the Fifth Circuit in their transmittal letter to you or contact their office at:

**Hon. Lyle W. Cayce, Clerk**
U.S. Court of Appeals for the Fifth Circuit
600 S. Maestri Place
New Orleans, LA  70130

If this appellate record is forwarded to another person, please acknowledge transmittal of the record on the 2nd enclosed copy of this letter and return it to this office.

Sincerely,

WILLIAM G. PUTNICKI, CLERK

By: _____
Kecia Clendening, Deputy Clerk

**I hereby acknowledge receipt of the above-referenced appellate record.**

_____    _____    _____
Signature                                  Printed Name                                Date

**I hereby acknowledge transmittal of the above-referenced appellate record to:**

_____    _____    _____
Signature                                  Printed Name                                Date